ARTHUR S. MACGREGOR, as Executor of GREGOR A. MACGREGOR, Deceased, and as Administrator D. B. N. of the Estate of JEANIE W. MACGREGOR, Deceased, Respondent, v. JAMES C. Fox et al., Defendants. THOMAS W. SNYDER, an Infant, Appellant.

Argued January 15, 1953; decided March 6, 1953.

*Walter J. Boyles* and *Herman Koenigsberg,* guardian ad litem, for appellant.

*Edmund C. Donovan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.